CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 08 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROBERT LEE JOHNSON, JR., | CASE NO. 7:15CV00431 |
| Plaintiff, | |
| v. | FINAL ORDER |
| SOUTHWESTERN VIRGINIA REGIONAL JAIL MEDICAL STAFF, ET AL., | By: Hon. Glen E. Conrad<br>Chief United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that plaintiff's untitled submission (Docket No. 8), which the court construes as a motion to amend, is **GRANTED**, but this civil action as amended is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the clerk shall **STRIKE** the case from the active docket of the court.

ENTER: This 8th day of September, 2015.

/s/ Glen E. Conrad
Chief United States District Judge